IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| THOMAT BLACK,           ) | |
|       )  | |
|     Plaintiff,        ) | |
|       ) | CIVIL ACTION NO. |
|   v.                 ) | 3:15cv316-MHT |
|       ) | (WO) |
| JUSTIN S. YOUNG, et al., ) | |
|       ) | |
|     Defendants.       ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining that he was coerced into pleading guilty to a disciplinary violation and that there was not sufficient evidence to render a guilty verdict.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the case be dismissed without prejudice for plaintiff's failure to comply with the orders of this court and to prosecute the action.  There are no objections to the recommendation.  After an independent and de novo review of the record, the

court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 25th day of November, 2015.

                                          /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE